**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER NORTH DIOR, | Case No. 1:21-cv-1282 KES SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. | (Doc. 36) |

Peter North Dior asserts he suffered violations of his civil rights while incarcerated at Corcoran State Prison and Wasco State Prison. *See* Doc. 20. The magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Dior failed to state a cognizable claim upon which relief could be granted. Doc. 34. Dior was granted leave to file a further amended complaint within 30 days. *Id*. at 2-7. After Dior failed to file an amended complaint or otherwise respond to the screening order, the magistrate judge issued an order to show cause why the action should not be dismissed. Doc. 35. Again, Dior did not respond to the court.

On January 30, 2026, the magistrate judge issued findings and recommendations, reiterating the finding that Dior failed to state a cognizable claim and recommending that the action be dismissed. Doc. 36. The court served the findings and recommendations upon Dior and notified him that any objections were due within 14 days. Doc. 36 at 7. The court also informed

1

Dior that failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014). Dior did not file objections, and the deadline to do so expired.

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the court conducted a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. The operative pleading fails to state a cognizable claim. Thus, the court **ORDERS**:

1. The findings and recommendations issued on January 30, 2026 (Doc. 36) are **ADOPTED** in full.

2. This action is **DISMISSED** with prejudice for failure to state a claim.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 25, 2026

_____
UNITED STATES DISTRICT JUDGE

2